IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Harrison Kitts,<br><br>    Petitioner,<br><br>vs.<br><br>Charles Ryan et al.,<br><br>    Respondents. | No. CV 09-653-TUC-RCC<br><br>**ORDER** |

On June 29, 2010, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. (Doc. 13). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to Title 28, U.S.C. § 2254. (Doc. 1). Petitioner lodged his objections within the fourteen day period allowed under 28 U.S.C. § 636(b) (Doc. 14), and Respondents file their Response to Petitioner's Objection to Report and Recommendation (Doc. 16) but lodged no objections.

Petitioner's objection to the Recommendation is a generalized objection to his conditions of confinement as they relate to his access to legal materials. He claims that this limited access prevented him from litigating his case adequately. This is not a proper objection to the contents of the Recommendation, and Petitioner cannot raise this claim at this juncture. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991); Johnson v. Schiro, 401

1  F.Supp.2d 1013, 1020 (D.Ariz. 2005).

2        The Court considers the Recommendation (Doc. 13) to be thorough and well-
3  reasoned. After a thorough and de novo review of the record, the Court will ADOPT the
4  Recommendation of Magistrate Judge Pyle. Therefore

5        **IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Pyle's Report
6  and Recommendation. (Doc. 13).

7        **IT IS FURTHER ORDERED** that the Petitioner's Petition is DENIED.

8        DATED this 18th day of October, 2010.

Raner C. Collins
United States District Judge